IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
UNITED STATES OF AMERICA,      )
                               )
               Plaintiff,      )         8:09CR266
                               )
       v.                      )
                               )
JERRY L. GORISEK,              )         ORDER
                               )
               Defendant.      )
_____)
```

This matter is before the Court on plaintiff's motion for continuance of change of plea hearing (Filing No. 16). The Court notes defendant has no objections. Accordingly,

IT IS ORDERED that the Rule 11 hearing is rescheduled for:

**Friday, September 25, 2009, at 11 a.m.**

in Courtroom No. 5, Roman L. Hruska United States Courthouse, Omaha, Nebraska. The parties will have time to finalize plea negotiations. The ends of justice will be served by continuing this case and outweigh the interests of the public and the defendant in a speedy trial. The additional time between September 11, 2009, and September 25, 2009, shall be deemed

excludable time in any computation of time under the requirement of the Speedy Trial Act. 18 U.S.C. § 3161(h)(8)(A) & (B).

DATED this 28th day of August, 2009.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court