UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:09CR266 |
| | ) | |
| v. | ) | |
| | ) | |
| JERRY GORISEK, | ) | FINAL ORDER OF |
| | ) | FORFEITURE |
| Defendant. | ) | |
| | ) | |

This matter comes on before the Court upon the United States' Motion for Final Order of Forfeiture (Filing No. 36). The Court has reviewed the record in this case and finds as follows:

1. On October 2, 2009, the Court entered a Preliminary Order of Forfeiture pursuant to the provisions of Title 18, United States Code, Sections 922(g) and 924(d), Title 21, United States Code, Sections 846, 841(a)(1)&(b)(1) and 853, and Title 28, United States Code, Section 2461(c), based upon the defendant's plea of guilty to Counts I, III, IV and V of the Indictment filed herein. By way of said Preliminary Order of Forfeiture, the defendant's interest in:

    a. Smith and Wesson .40 caliber handgun, serial numberMRA5290;

    b. Marlin lever action model 336CS 30/30 rifle;

    c. Mossberg model 46B-B lever action .22 caliber rifle;

    d. Glenfield model 60 .22 caliber long rifle;

    e. $689.00 in United States currency.

2. Notice of Criminal Forfeiture was posted on an official Government internet site ([www.forfeiture.gov](www.forfeiture.gov)) for at least thirty consecutive days, beginning on January 23, 2009, as required by Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty or Maritime and Asset Forfeiture Claims. A Declaration of Publication was filed herein on March 26, 2010 (Filing No.35).

3. The Court has been advised by the United States no Petitions have been filed. From a review of the Court file, the Court finds no Petitions have been filed.

4. Plaintiff's Motion for Final Order of Forfeiture should be sustained.

IT IS ORDERED:

A. Plaintiff's Motion for Final Order of Forfeiture is hereby sustained.

B. All right, title and interest in and to the following:

    a. Smith and Wesson .40 caliber handgun, serial numberMRA5290;

    b. Marlin lever action model 336CS 30/30 rifle;

    c. Mossberg model 46B-B lever action .22 caliber rifle;

    d. Glenfield model 60 .22 caliber long rifle;

    e. $689.00 in United States currency.

held by any person or entity, is hereby forever barred and foreclosed.

C. The following:

    a. Smith and Wesson .40 caliber handgun, serial numberMRA5290;

    b. Marlin lever action model 336CS 30/30 rifle;

    c. Mossberg model 46B-B lever action .22 caliber rifle;

    d. Glenfield model 60 .22 caliber long rifle;

    e. $689.00 in United States currency,

be, and the same hereby are, forfeited to the United States of America .

       D.  The United States Marshal for the District of Nebraska is directed to dispose of said properties in accordance with law.

       DATED this 8th day of April, 2010.

                      BY THE COURT:

                        /s/ Lyle E. Strom

                        _____
                        LYLE E. STROM, Senior Judge
                        United States District Court