IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:09CR266 |
| | ) | |
| v. | ) | |
| | ) | |
| JERRY GORISEK, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

On January 13, 2013, defendant appeared through counsel on a motion for reduction of sentence (Filing No. 40), filed by plaintiff pursuant to Rule 35 of the Federal Rules of Criminal Procedure. After considering the comments of the parties and after evaluating the assistance provided by the defendant, the Court finds the government's motion for reduction of sentence should be granted. Accordingly,

IT IS ORDERED:

1) The government's motion for reduction of sentence is granted.

2) Defendant is committed to the custody of the Bureau of Prisons for a term of ninety-one (91) months each on Counts I and III of the indictment, said time to run concurrently with each other. Defendant is to be given credit for time already served under the previous judgment committal order dated December 11, 2009 (Filing No. 31).

3) All other terms and conditions of the judgment and committal order dated December 11, 2009, remain in full force and effect.

4) The transcript of the Rule 35 hearing of January 31, 2013, shall remain sealed.

DATED this 31st day of January, 2013.

BY THE COURT:

/s/ Lyle E. Strom

_____
LYLE E. STROM, Senior Judge
United States District Court

**ACKNOWLEDGMENT OF RECEIPT**

I hereby acknowledge receipt of a copy of this judgment this ____day of _____, 201__.

_____
Signature of Defendant

**RETURN**

It is hereby acknowledged that the defendant was delivered on the _____ day of _____, 201__, to _____, with a certified copy of this judgment.

UNITED STATES WARDEN

By:_____

**NOTE: The following certificate must also be completed if the defendant has not signed the Acknowledgment of receipt, above.**

**CERTIFICATE**

It is hereby certified that a copy of this judgment was served upon the defendant this _____ day of _____, 201___.

UNITED STATES WARDEN

By: _____